IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE HERMAN THOMAS, AIS#133092, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   CIVIL ACTION NO. 2:03cv250-T ) (WO) |
| CHRIS ZEIGLER, et al., | ) ) |
| Defendants. | ) |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on July 20, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The motion for summary judgment filed by defendants is GRANTED.

2. Judgement is GRANTED in favor of defendants.

3. This case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE, this the 8th day of August, 2005.

　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE